1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**

9                  **CENTRAL DISTRICT OF CALIFORNIA**

10
11
12   EDUARDO ENRIQUE LAHULLIER,    )    No. CV 10-350-MMM(CW)
                                   )
13                  Petitioner,    )    ORDER ACCEPTING REPORT AND
                                   )    RECOMMENDATION OF UNITED STATES
14        v.                       )    MAGISTRATE JUDGE
                                   )
15   PEOPLE OF THE STATE OF        )
     CALIFORNIA,                   )
16                                 )
                    Respondent.    )
17   _____)

18

19        Pursuant to 28 U.S.C. § 636(b)(1)(C), the court has reviewed the

20   entire record in this action, as well as the Report and Recommendation

21   of the United States Magistrate Judge and all objections thereto.  The

22   court has made a <u>de</u> <u>novo</u> determination with respect to those portions

23   of the Report and Recommendation to which objection has been made.

24        **IT IS ORDERED**: (1) that the Report and Recommendation of the

25   United States Magistrate Judge be accepted; (2) that respondent's

26   motion to dismiss (docket no. 14, filed April 9, 2010) be granted; and

27   (3) that judgment be entered dismissing the petition, without

28   prejudice, for failure to exhaust state court remedies on any claim.

1

1    **IT IS FURTHER ORDERED** that this order and the judgment herein be

2  served on the parties.

3

4  DATED: <u>April 21, 2011</u>

5

6    _____

7                  MARGARET M. MORROW
                United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2