**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDUARDO ENRIQUE LAHULLIER,<br><br>        Petitioner,<br><br>  v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>        Respondent. | No. CV 10-350-MMM(CW)<br><br>JUDGMENT |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed, without prejudice, as wholly unexhausted.

DATED:   April 21, 2011

                                    /s/ Margaret M. Morrow
                                  MARGARET M. MORROW
                                United States District Judge